878

No. 1045, Misc. McNICHOLAS v. UNITED STATES. C. A. 4th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Jerome M. Feit* for the United States.

No. 1057, Misc. HENDERSON v. UNITED STATES. C. A. 7th Cir. Certiorari denied. *Hugh Hafer* and *Richard P. Donaldson* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Sidney Glazer* for the United States.

No. 1059, Misc. CRAIG v. PENNSYLVANIA. Supreme Court of Pennsylvania. Certiorari denied.

No. 1065, Misc. CUOMO v. NEW YORK. County Court of Kings County, New York. Certiorari denied.

No. 1066, Misc. CAPON v. ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 1067, Misc. HODGES v. HEARD, CORRECTIONS DIRECTOR, ET AL. Court of Criminal Appeals of Texas. Certiorari denied.

No. 1068, Misc. HELLAND v. RHAY, PENITENTIARY SUPERINTENDENT. Supreme Court of Washington. Certiorari denied.

No. 1069, Misc. JOHNSON v. NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 1071, Misc. SCHACHEL v. UNITED STATES. C. A. 2d Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.